**Diane Marie DIFFEY,
Petitioner/Appellant,**

v.

**Kenneth Ray DIFFEY,
Respondent/Respondent.**

No. 65344.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 10, 1995.

Application to Transfer Denied Feb. 21, 1995.

Terry J. Flanagan, P.C., Alan Jay Koshner, St. Louis, for appellant.

Louis Jerry Weber, Thurman, Howald, Weber, Bowles & Senkel, Hillsboro, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Wife appeals those portions of the order of dissolution of her marriage to husband pertaining to the division of property, the failure to award maintenance and the denial of attorney fees. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).